ENTERED
JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ISMAEL T. BACELIS,           )     Case No.  CV 10-5148 RNB
                Plaintiff,    )
                        )       **J U D G M E N T**
    vs.                  )
                        )
MICHAEL J. ASTRUE,       )
Commissioner of Social Security,  )
                        )
           Defendant.   )
_____)

    In accordance with the Order Reversing Decision of Commissioner and Remanding for Further Administrative Proceedings filed herewith,

    IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed and this matter is remanded for further administrative proceedings.


DATED: <u>May 23, 2011</u>

_____
ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE